UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:13-CR-195-AA |
| v. | MISDEMEANOR INFORMATION |
| KIMBERLY PRUITT, | |
| Defendant. | 18 U.S.C. § 641 |

THE U.S. ATTORNEY CHARGES:

COUNT ONE

On or about June 7, 2011, in the District of Oregon, **KIMBERLY PRUITT**, defendant herein, did knowingly received a thing of value of the Department of Veteran's Affairs, a department or agency of the United States, namely 100 80 mg pills of Oxycontin, a controlled narcotic from the VA Pharmacy, having a value of approximately $600, knowingly the same to have been stolen; all in violation of Title 18, United States Code Section 641.

Dated this 3rd day of May 2013

S. AMANDA MARSHALL
United States Attorney

AMY E. POTTER
Assistant United States Attorney